456 A.2d 1094

Erie Ins. Group, Appellant v. Ortwein, Jr., et al.

Argued September 16, 1981. Charles J. Fonzone, for appellant; C. Collins Brown, for Ortwein, appellee; Michael P. Shay, for State Farm, appellee.

Before CAVANAUGH, DiSALLE and WATKINS, JJ.*

Affirmed.

456 A.2d 1094

Gallagher, Appellant v. Sabatella.

Argued February 16, 1982. Nicholas S. Mattise, for appellant; Chester Dudick, for appellee.

Before JOHNSON, MONTEMURO and MONTGOMERY, JJ.

Order affirmed.